USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES C. MAJOR,

           Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, TASHA DAVIS, THELMA WATKINS, and YOLANDA DUBLIN,

           Defendants.

17 Civ. 6026 (AT) (AJP)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to Magistrate Judge Andrew J. Peck's December 20, 2017 report and recommendation, ECF No. 7, the Court reviewed the recommendation and found "no clear error on the face of the record." *Kilani-Hewitt v. Bukszpan*, 130 F. Supp. 3d 858, 860 (S.D.N.Y. 2015) (quoting *Feehan v. Feehan*, No. 09 Civ. 7016, 2011 WL 497776, at *1 (S.D.N.Y. Feb. 10, 2011)). Accordingly, the Court accepts and adopts Judge Peck's report and recommendation dismissing the case without prejudice for failure to obey Court orders and failure to prosecute.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case and to mail Plaintiff *pro se* a copy of this order.

    SO ORDERED.

Dated: January 9, 2018
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge